UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-18869 |
| BERISH, JENNIFER | Chapter: | 7 |
| | Judge: | MBK |

---

### NOTICE OF PROPOSED ABANDONMENT

---

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Michael B. Kaplan</u> on <u>August 21, 2017</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

 Real Estate at:79 PETER RAFFERTY DRIVE, HAMILTON, NJ
The debtor(s) purchased the property in 2005 for $480,000. The property is valued at $362,000 based upon a Comparative Market Analysis.

Liens on property: Quicken Loans - $324,400

Amount of equity claimed as exempt: $18,470

 Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18869-MBK
Jennifer Berish                                                         Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jul 14, 2017
                             Form ID: pdf905       Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
db             +Jennifer Berish,    79 Peter Rafferty Drive,    Hamilton, NJ 08690-1815
516799387      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516799389     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516799391      +Bank of America,    PO Box 15220,    Wilmington, DE 19886-5220
516799392      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516799393      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516799399      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
516799400      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
516799401      +Comenity Bank/Pier 1,    Po Box 182125,    Columbus, OH 43218-2125
516799402       Comenity Bank/Victoria Secret,    Po Box 18215,    Columbus, OH 43218
516799403      +Finance Of America Mor,    300 Welsh Rd Bldg 5,    Horsham, PA 19044-2250
516799408      +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
516799409      +Pier 1/Comenity Bank,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516799412      +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
516799420      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
516799421      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516799422      +WFFNB/Bobs Discount Furniture,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2017 23:34:51     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2017 23:34:46     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516799404      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 14 2017 23:34:11     Kohls/Capital One,
                Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516799406      +Fax: 407-737-5634 Jul 15 2017 00:01:48     Ocwen Loan Servicing,    Attn: Research Dept,
                1661 Worthington R Ste 100,    West Palm Beach, FL 33409-6493
516799410      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 14 2017 23:35:14     Quickn Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
516799413      +E-mail/Text: bkdepartment@rtresolutions.com Jul 14 2017 23:35:02     Real Time Resolutions,
                Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
516799415      +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2017 23:30:43     Syncb/Lord & Taylor,
                Po Box 965064,    Orlando, FL 32896-5064
516799416      +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2017 23:31:08     Synchrony Bank,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516803500      +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2017 23:30:43     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516799417      +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2017 23:30:20     Synchrony Bank/ Old Navy,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516799419      +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2017 23:30:20     Synchrony Bank/Gap,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                          TOTAL: 11


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516799388*     +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516799390*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516799394*     +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516799395*     +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516799396*     +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516799397*     +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516799398*     +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516799405*     +Kohls/Capital One,    Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516799407*     +Ocwen Loan Servicing,    Attn: Research Dept,    1661 Worthington R Ste 100,
                West Palm Beach, FL 33409-6493
516799411*     +Quickn Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
516799418*     +Synchrony Bank/ Old Navy,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516799414     ##+Roma Bank,    2300 Highway 33,    Robbinsville, NJ 08691-1411
                                                                       TOTALS: 0, * 11, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jul 14, 2017
                              Form ID: pdf905          Total Noticed: 28

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert William Pinard    on behalf of Debtor Jennifer  Berish rpinard@pinardlaw.com
          Thomas  Orr   tom@torrlaw.com,  Torr@ecf.epiqsystems.com
          Thomas  Orr   on behalf of Trustee Thomas  Orr tom@torrlaw.com,  Torr@ecf.epiqsystems.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5
```