UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | Case no.: | 17-18869 |
| Jennifer Berish | Chapter: | 7 |
| | Judge: | Kaplan |
| Debtor(s) | | |

### CERTIFICATION OF NO OBJECTION

I ___Gary A. Nau___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
79 Peter Rafferty Drive, Hamilton, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 8/15/2017            By: Gary A. Nau

*rev.2/10/17*